```
                                            FILED
                                         OCT X 9 2007
                                       RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUELLA BOREN,
LEROY BOREN,

          Plaintiff,

v.

J.C. PENNEY CORPORATION,

          Defendant.

No.   C 07-03532 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: Oct. 9, 2007

_____
Signature

Counsel for _Plaintiffs Louella and Leroy Boren_
(Name or party or indicate "pro se")

1