In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   October 9, 2007

Case No:  **C- 07-03532 EDL**

Case Name:  **LOUELLA BOREN v. JC PENNEY CORPORATION INC.**

   Attorneys:    Pltf: Maureen McFadden   Deft: Lisa A. Villasenor

   Deputy Clerk:  Lili M. Harrell          FTR digital recording: 10:19am-10:26am


**PROCEEDINGS:**                              **RULING:**

1. Initial Case Management Conference              Held

2.

**ORDERED AFTER HEARING:** Parties previously stipulated to mediation.


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   1/22/08 at 3pm for further case management conference.


**PRETRIAL SCHEDULE:**

Last day to add new parties: 11/30/07
Discovery cutoff: 3/15/08
Initial expert disclosure deadline: 2/15/08
Rebuttal expert disclosure deadline: 3/3/08
Expert discovery cutoff: 3/15/08
Dispositive Motion filing deadline:4/1/08
Dispositive Motions hearing date: 5/6/08 at 9:00am
Pretrial Conference: 7/15/08 at 2:00pm
Trial: 8/4/08 at 8:30 a.m., set for 5 days.
        [X] Jury  [ ]  Court

Notes:
cc: