**In the United States District Court<br>
for the Northern District of California<br>
Magistrate Judge Elizabeth D. Laporte**

CIVIL MINUTES

Date:   January 22, 2008

Case No:  **C- 07-03532 EDL**

Case Name:  **LOUELLA BOREN v. JC PENNEY CORPORATION INC.**

    Attorneys:    Pltf: Mary McFadden        Deft: Lisa Villasenor

    Deputy Clerk:  Lili M. Harrell            FTR digital recording: 3:24pm - 3:35pm


**PROCEEDINGS:**                                          **RULING:**

1. Further Case Management Conference            Held

2.

**ORDERED AFTER HEARING:**  Case is referred to a magistrate judge to conduct a settlement conference**.**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 5/20/08 at 10:00am for further case management conference.

**PRETRIAL SCHEDULE:**

Discovery cutoff: 5/15/08
Initial expert disclosure deadline: 5/30/08
Rebuttal expert disclosure deadline: 6/13/08
Expert discovery cutoff: 7/15/08
Dispositive Motion filing deadline: 7/1/08
Dispositive Motions hearing date: 8/5/08
Pretrial Conference: 11/18/08 at 2:00pm
Trial: 12/8/08 at 8:30 a.m., set for 5 days.
    [X] Jury  [ ]  Court

Notes:


cc: Wings