STEVEN D. MANNING
JOHN A. MARDER
DENNIS B. KASS
ANTHONY J. ELLROD
EUGENE P. RAMIREZ
LAWRENCE D. ESTEN
MILDRED K. O'LINN *
THOMAS R. GILL
ALFRED M. DE LA CRUZ
ERWIN A. NEPOMUCENO
DAVID J. WILSON
BRIAN T. MOSS *
FREDRIC W. TRESTER
JEFFREY M. LENKOV
WILLIAM W. WEBB *
MARGUERITE T. LIEU
JOHN D. MARINO
MICHAEL L. SMITH
LOUIS W. PAPPAS
KATHLEEN A. HUNT *
STEVEN J. RENICK
JAMES J. PERKINS *
MARK D. STAVROS
JAMES F. SAUNDERS
PATRICK L. HURLEY
JAMES E. GIBBONS
DANIEL B. HERBERT *
SYLVIA S. HAVENS
EVELINA M. SERAFINI
RINAT B. KLIER-ERLICH

MICHAEL J. GREEN
SHARI L. ROSENTHAL
DARIN L. WESSEL *
L. TREVOR GRIMM
CLIFFORD A. CLANCEY
SCOTT WM. DAVENPORT
JASON J. MOLNAR *
PETER J. KARLZEN
EUGENE J. EGAN
MARK A. HAGOPIAN
DAVID GORNEY
SUZIE E. IRWIN †
ANDRIY J. SEMOTIUK *
JULIE M. FLEMING
D. HIEP TRUONG
KRISTEN A. LEDGARD
TIMOTHY J. KRAL
ROBERT E. MURPHY *
NADINE D. Y. ADRIAN *
KRISTIE S. HUTCHINSON
MICHAEL A. WEISMANTEL
TYLER K. THOMAS
MARK L. CWERN
NINA RICCI FRANCISCO
ROBERT B. ZELMS †
JANET D. JOHN *
PARI K. SCROGGIN *†
KEVIN H. LOUTH
LISA A. VILLASENOR
MICHELE L. LEVINSON

# MANNING & MARDER

## KASS, ELLROD, RAMIREZ LLP

### ATTORNEYS AT LAW

ONE CALIFORNIA STREET
SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6990
FACSIMILE: (415) 217-6999
WEB SITE: WWW.MMKER.COM

TRACIE L. GLATTER
MARGARET E. RUTMAN
MATTHEW D. RIFAT *
CHRISTOPHER R. ALLISON
TYRONE MATTHEWS
STEVE K. JOHNSON
MARY M. KOCSIS *
CHRISTON BROOKS-ZINK
DONALD R. BECK
CANDACE E. KALLBERG
DEBORAH DORNY
SHARON S. JEFFREY
DANIEL S. CLARK, JR.
CHRISTY L. O'DONNELL
PENNY L. FRIEDRICH
R. ADAM ELLISON
SEJAL OJHA
DAVID R. REEDER *
TOBY D. BUCHANAN
CHRISTINA M. TAPIA
VICTOR ROCHA
BRIAN J. FINN
THOMAS Y. LUCERO
YVONNE-MAGDALENA FLORES
JOSHUA B. SHAYNE
LADELL H. MUHLESTEIN
TONY D. SHIN
PAMELA S. COOKE
B. ERIC NELSON
JULIANA M. CIPRIANO

MARK H. HERSKOVITZ *
JOHN P. COGGER
JOHN R. RAMIREZ
PETER C. CATALANOTTI
MADONNA A. HERMAN
WILLIAM L. BOWEN
PAUL HANNA
CHRISTOPHER S. JONES
KENNETH S. KAWABATA
TODD M. LANDER
LARRY S. DUSHKES
SEVAN GOBEL
JASON N. CIRLIN
MORGAN W. MCCALL
VICTORIA A. CHINN
JASON L. FISHER
DAVID L. SCOTT
JAMIE L. FUGERE
MARTIN KOSLA

Of Counsel
JONATHAN A. BRENNER *

* Admitted in Multiple Jurisdictions
† Admitted to Practice Law in Arizona only

April 4, 2008

The Honorable James Larson
Chief Magistrate Judge
United States District Court, Northern District
450 Golden Gate Ave., 15th Floor
San Francisco, CA 94102

    Re:    **Louella Boren, et al. v. J.C. Penney Corporation, Inc.**
           Case No.:        **C 07-03532 EDL**
           Our File No.:    1121-25739
           Date of Loss:    7/23/05

Dear Judge Larson:

This law firm represents defendant, J.C. Penney in the above-referenced matter.

We are in receipt of your Notice of Settlement Conference and Settlement Conference Order. The Settlement Conference has been set by Your Honor for Friday, May 23, 2008 at 10:00 a.m.

On behalf of J.C. Penney, we respectfully request that the matter be continued from the current setting of May 23, 2008. The undersigned's sister is getting married in Southern California during the Memorial Day holiday which has been planned several months ago, to include May 23, 2008. The plane, flights and hotel rooms have already been arranged. We therefore respectfully request that the Court continue the Settlement Conference to the following week. The undersigned is available May 27th or May 28th. We would be grateful if the Court and counsel for plaintiff would accommodate this request.

LOS ANGELES
801 S. Figueroa St., 15th Floor • Los Angeles, CA 90017
Phone (213) 624-6900 • Fax (213) 624-6999

ORANGE COUNTY
1 Park Plaza, Suite 500 • Irvine, CA 92614
Phone (949) 440-6690 • Fax (949) 474-6991

SAN DIEGO
550 West C Street, Suite 1900 • San Diego, CA 92101
Phone (619) 515-0269 • Fax (619) 515-0268

SCOTTSDALE
14362 N. Frank Lloyd Wright Blvd., Suite 2300 • Scottsdale, AZ 85260
Phone (480) 477-5269 • Fax (480) 477-5268

Clerk of the Court
Re:   <u>Louella Boren, et al. v. J.C. Penney Corporation, Inc.</u>
April 3, 2008
Page 2

**MANNING & MARDER**
KASS, ELLROD, RAMIREZ LLP

   Per your Settlement Conference Order, our staff will contact your chambers directly concerning this request for continuance.

         Very truly yours,

         **MANNING & MARDER**
         **KASS, ELLROD, RAMIREZ LLP**

         Lisa A. Villasenor

LAV/cr
cc: Maureen McFadden
D:\docsdata\lav\Boren v J.C. Penney\Correspondence\Court Letters\CourtLtr.004.wpd