# MANNING & MARDER
## KASS, ELLROD, RAMIREZ LLP
### ATTORNEYS AT LAW

ONE CALIFORNIA STREET
SUITE 1100
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6990
FACSIMILE: (415) 217-6999
WEB SITE: WWW.MMKER.COM

STEVEN D. MANNING, JOHN A. MARDER, DENNIS B. KASS, ANTHONY J. ELLROD, EUGENE P. RAMIREZ, LAWRENCE D. ESTEN, MILDRED K. O'LINN *, THOMAS R. GILL, ALFRED M. DE LA CRUZ, ERWIN A. NEPOMUCENO, DAVID J. WILSON, BRIAN T. MOSS *, FREDRIC W. TRESTER, JEFFREY M. LENKOV, WILLIAM W. WEBB *, MARGUERITE T. LIEU, JOHN D. MARINO, MICHAEL L. SMITH, LOUIS W. PAPPAS, KATHLEEN A. HUNT *, STEVEN J. RENICK, JAMES J. PERKINS *, MARK D. STAVROS, JAMES F. SAUNDERS, PATRICK L. HURLEY, JAMES E. GIBBONS, DANIEL B. HERBERT *, SYLVIA S. HAVENS, EVELINA M. SERAFINI, RINAT B. KLIER-ERLICH

MICHAEL J. GREEN, SHARI L. ROSENTHAL, DARIN L. WESSEL *, L. TREVOR GRIMM, CLIFFORD A. CLANCEY, SCOTT WM. DAVENPORT, JASON J. MOLNAR *, PETER J. KARLZEN, EUGENE J. EGAN, MARK A. HAGOPIAN, DAVID GORNEY, SUZIE E. IRWIN †, ANDRIY J. SEMOTIUK *, JULIE M. FLEMING, D. HIEP TRUONG, KRISTEN A. LEDGARD, TIMOTHY J. KRAL, ROBERT E. MURPHY *, NADINE D. Y. ADRIAN *, KRISTIE S. HUTCHINSON, MICHAEL A. WEISMANTEL, TYLER K. THOMAS, MARK L. CWERN, NINA RICCI FRANCISCO, ROBERT B. ZELMS †, JANET D. JOHN *, PARI K. SCROGGIN *†, KEVIN H. LOUTH, LISA A. VILLASENOR, MICHELE L. LEVINSON

TRACIE L. GLATTER, MARGARET E. RUTMAN, MATTHEW D. RIFAT *, CHRISTOPHER R. ALLISON, TYRONE MATTHEWS, STEVE K. JOHNSON, MARY M. KOCSIS *, CHRISTON BROOKS-ZINK, DONALD R. BECK, CANDACE E. KALLBERG, DEBORAH DORNY, SHARON S. JEFFREY, DANIEL S. CLARK, JR., CHRISTY L. O'DONNELL, PENNY L. FRIEDRICH, R. ADAM ELLISON, SEJAL OJHA, DAVID R. REEDER *, TOBY D. BUCHANAN, CHRISTINA M. TAPIA, VICTOR ROCHA, BRIAN J. FINN, THOMAS Y. LUCERO, YVONNE-MAGDALENA FLORES, JOSHUA B. SHAYNE, LADELL H. MUHLESTEIN, TONY D. SHIN, PAMELA S. COOKE, B. ERIC NELSON, JULIANA M. CIPRIANO

MARK H. HERSKOVITZ *, JOHN P. COGGER, JOHN R. RAMIREZ, PETER C. CATALANOTTI, MADONNA A. HERMAN, WILLIAM L. BOWEN, PAUL HANNA, CHRISTOPHER S. JONES, KENNETH S. KAWABATA, TODD M. LANDER, LARRY S. DUSHKES, SEVAN GOBEL, JASON N. CIRLIN, MORGAN W. MCCALL, VICTORIA A. CHINN, JASON L. FISHER, DAVID L. SCOTT, JAMIE L. FUGERE, MARTIN KOSLA

Of Counsel
JONATHAN A. BRENNER *

* Admitted in Multiple Jurisdictions
† Admitted to Practice Law in Arizona only

April 4, 2008

The Honorable James Larson
Chief Magistrate Judge
United States District Court, Northern District
450 Golden Gate Ave., 15th Floor
San Francisco, CA 94102

  Re: **Louella Boren, et al. v. J.C. Penney Corporation, Inc.**
    Case No.:  C 07-03532 EDL
    Our File No.: 1121-25739
    Date of Loss: 7/23/05

Dear Judge Larson:

This law firm represents defendant, J.C. Penney in the above-referenced matter.

We are in receipt of your Notice of Settlement Conference and Settlement Conference Order. The Settlement Conference has been set by Your Honor for Friday, May 23, 2008 at 10:00 a.m.

On behalf of J.C. Penney, we respectfully request that the matter be continued from the current setting of May 23, 2008. The undersigned's sister is getting married in Southern California during the Memorial Day holiday which has been planned several months ago, to include May 23, 2008. The plane, flights and hotel rooms have already been arranged. We therefore respectfully request that the Court continue the Settlement Conference to the following week. The undersigned is available May 27th or May 28th. We would be grateful if the Court and counsel for plaintiff would accommodate this request.

LOS ANGELES
801 S. Figueroa St., 15th Floor • Los Angeles, CA 90017
Phone (213) 624-6900 • Fax (213) 624-6999

ORANGE COUNTY
1 Park Plaza, Suite 500 • Irvine, CA 92614
Phone (949) 440-6690 • Fax (949) 474-6991

SAN DIEGO
550 West C Street, Suite 1900 • San Diego, CA 92101
Phone (619) 515-0269 • Fax (619) 515-0268

SCOTTSDALE
14362 N. Frank Lloyd Wright Blvd., Suite 2300 • Scottsdale, AZ 85260
Phone (480) 477-5269 • Fax (480) 477-5268

Clerk of the Court
Re:   <u>Louella Boren, et al. v. J.C. Penney Corporation, Inc.</u>
April 3, 2008
Page 2

**MANNING & MARDER**
KASS, ELLROD, RAMIREZ LLP

     Per your Settlement Conference Order, our staff will contact your chambers directly concerning this request for continuance.

                              Very truly yours,

                              **MANNING & MARDER**
                              KASS, ELLROD, RAMIREZ LLP

                              Lisa A. Villasenor

LAV/cr
cc:   Maureen McFadden
D:\docsdata\lav\Boren v J.C. Penney\Correspondence\Court Letters\CourtLtr.004.wpd

The settlement conference has been continued to Wednesday, May 28, 2008 at 2:00 p.m.

April 7, 2008



IT IS SO ORDERED
Judge James Larson