# UNITED STATES DISTRICT COURT

## Northern District of California

Boren,

    Plaintiff(s),

v.

J.C. Penney Corporation, Inc.,

    Defendant(s).

No. C 07-03532 EDL MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) December 20, 2009

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: 5-14-08

Mediator, Joel Franciosa
Law Offices of Joel P. Franciosa
1160 Trestle Glen Rd.
Oakland, CA 94610

**Certification of ADR Session**
07-03532 EDL MED