1    Lisa A. Villasenor, Esq.
     State Bar Number: 133984
2    **MANNING & MARDER**
     **KASS, ELLROD, RAMIREZ** LLP
3    One California Street, Suite 1100
     San Francisco, CA 94111
4    Telephone:    (415) 217-6990
     Facsimile:    (415) 217-6999
5    lav@mmker.com

6    Attorneys for Defendant,
     J.C. PENNEY CORPORATION, INC.

7

8    Maureen E. McFadden, Esq.
     State Bar Number: 203781
     **LAW OFFICES OF MAUREEN E. MCFADDEN**
9    819 Bancroft Way
     Berkeley, CA 94710
10   Telephone:    (510) 845-5203
     Facsimile:    (510) 868-0976
11   maureen@mcfaddenlaw.net

12   Attorneys for Plaintiffs,
     LOUELLA BOREN and LEROY BOREN

13

14                    UNITED STATED DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17   LOUELLA BOREN and LEROY BOREN,        )    Case No.: C 07-03532 EDL
                                           )
18                          Plaintiffs,    )    **STIPULATION OF THE PARTIES**
                                           )    **TO EXTEND PRE-TRIAL**
19   vs.                                   )    **DISCOVERY DATES AND**
                                           )    **[Proposed] ORDER THEREON**
20   J.C. PENNEY CORPORATION, INC.,        )
                                           )
21                          Defendant.     )    Trial Date: December 8, 2008
                                           )
22                                         )    Case Management Conference Date:
                                           )    May 20, 2008
23

24          Pursuant to the good faith meet and confer between counsel for the parties, it has been

25   determined that in light of the necessity for accommodations for plaintiffs' hearing disabilities

26   during their depositions, defense counsel's trial schedule in another matter, and cooperation in good

27   faith between the parties to make the parties and witnesses available for depositions, that the pre-

28   trial non-expert and expert discovery cannot be completed per the prior Court's order in this matter.

-1-
D:\docsdata\lav\Boren v J.C. Penney\Pleadings\JointCMCStmnt.ProposedOrder.wpd
STIP and PROPOSED ORDER ON EXTENSION OF DISCOVERY DEADLINES

1  In addition, the parties wish to complete discovery for meaningful settlement negotiations.

2  Therefore, the parties have stipulated to and respectfully request the Court's order on the following

3  new discovery schedule in the above referenced matter. The Court's prior order is shown below in

4  pertinent part with bolded items to be changed per the stipulation, for easy reference:

5  **4.    Scheduling**

6     **Fact Discovery Cutoff:**                    **(Current) May 15, 2008 (New: June 30,
                                                       2008)**

7

8     **Expert Disclosure Deadline:**               **(Current) May 30, 2008 (New: July 16,
                                                       2008)**

9     **Rebuttal Expert Disclosure:**               **(Current) June 13, 2008 (New: July 28,
                                                       2008)**

10    Hearing of Dispositive Motions:               ·August ~~18~~ **5**, 2008   ~~JHV~~   ~~m~~

11    Pre-Trial Conference:                         November 18
                                                     ~~September 15~~, 2008 ~~JHV~~ m

12    Trial:                                        December 8, 2008 JHV
                                                     ~~September 29, 2008~~

13

14

15                                                  Respectfully submitted,

    Dated: May 13, 2008

16                                                  **MANNING & MARDER
                                                     KASS, ELLROD, RAMIREZ LLP**

17

18                                                  By: _____
                                                          Lisa A. Villasenor

19                                                  Attorneys for Defendant,
                                                    J.C. PENNEY CORPORATION, INC.

20
    Dated: May 13, 2008

21                                                  **LAW OFFICES OF
                                                     MAUREEN E. MCFADDEN**

22

23                                                  By: _____
                                                          Maureen McFadden

24                                                  Attorneys for Plaintiffs,
                                                    LOUELLA BOREN and LEROY BOREN

25

26

27  //

28  //

1

2

## <u>ORDER</u>

3

**IT IS HEREBY ORDERED,**

4

1.    That the extensions requested and stipulated to between  counsel, pursuant to their

5

meet and confer, are acceptable to the Court;

6

2.    That the new deadlines for pre-trial discovery shall be as follows:

7

Fact Discovery Cutoff:                    June 30, 2008

8

Expert Disclosure Deadline:          July 16, 2008

9

Rebuttal Expert Disclosure:          July 28, 2008

10

3.    Unless otherwise ordered by this Court, all other pre-trial dates remain the same.

11

12

Dated: _____

13

_____

14

Honorable Elizabeth D. Laporte

15

16

17

18

19

20

21

22

23

24

25

26

27

28

D:\docsdata\lav\Boren v J.C. Penney\Pleadings\JointCMCStmnt.ProposedOrder.wpd
STIP and PROPOSED ORDER ON EXTENSION OF DISCOVERY DEADLINES

**CERTIFICATION OF SERVICE**

*LOUELLA BOREN AND LEROY BOREN v. J.C. PENNEY CORPORATION , INC.*
United States District Court - Northern District Case No.: (C 07-03532 EDL)

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On the date indicated below, I served the document described as **STIPULATION OF THE PARTIES TO EXTEND PRE-TRIAL DISCOVERY DATES AND [Proposed] ORDER THEREON** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Maureen E. McFadden, Esq.                    **Attorney for Plaintiffs**
Law Offices of Maureen E. McFadden           **LOUELLA BOREN and LEROY BOREN**
819 Bancroft Way
Berkeley, CA 94710
        *Phone: (510) 845-5203*
        *Fax:   (510) 868-0976*

☒  **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐  **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number:

☐  **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May **20**, 2008 at San Francisco, California.

_____
Carlos Rios

-4-

STIP and PROPOSED ORDER ON EXTENSION OF DISCOVERY DEADLINES