In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   May 20, 2008

Case No:  **C- 07-03532 EDL**

Case Name:  **LOUELLA BOREN v. JC PENNEY CORPORATION INC.**

Attorneys:   Pltf: Mary McFadden     Deft: Lisa Villasenor

Deputy Clerk:  Lili M. Harrell         FTR digital recording: 10:30am - 10:35am

**PROCEEDINGS:**                             **RULING:**

1. Further Case Management Conference        Held

2.

**ORDERED AFTER HEARING:** Court signs stipulation for extension of certain deadlines.

**Order to be prepared by:**  [] Plntf  [] Deft  [ ]  Court

**Case continued to:**

**PRETRIAL SCHEDULE:**

Discovery cutoff: **6/30/08**
Initial expert disclosure deadline: **7/16/08**
Rebuttal expert disclosure deadline: **7/28/08**

Notes:

cc: