# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** May 28, 2008

**Case No.: C 07-3532 EDL  (JL)**

**Case Name:   Louella Boren v. JC Penney Corporation, et al.,**

**Counsel Present:**       **Plaintiff**: Maureen McFadden

                          **Defendant:** Lisa Villasenor

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with the following outcome:

|   |   |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
| __X__ | Did not settle |
|   | Further settlement conference ordered:  _____ |

**Time:**    2.0  hrs

**Comments:** A further settlement conference shall take place on **Tuesday, August 19, 2008 at 10:00 a.m.**  If the date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.

*Venice E. Thomas*
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Lili Harrell