Lisa A. Villasenor, Esq.
State Bar Number: 133984
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ** LLP
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 217-6990
Facsimile:   (415) 217-6999
lav@mmker.com

Attorneys for Defendant,
J.C. PENNEY CORPORATION, INC.

Maureen E. McFadden, Esq.
State Bar Number: 203781
**LAW OFFICES OF MAUREEN E. MCFADDEN**
819 Bancroft Way
Berkeley, CA 94710
Telephone:   (510) 845-5203
Facsimile:   (510) 868-0976
maureen@mcfaddenlaw.net

Attorneys for Plaintiffs,
LOUELLA BOREN and LEROY BOREN

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUELLA BOREN and LEROY BOREN, | Case No.: C 07-03532 EDL |
| Plaintiffs, | **STIPULATION OF THE PARTIES TO VACATE AND RESCHEDULE CONTINUED SETTLEMENT CONFERENCE AND [Proposed] ORDER THEREON** |
| vs. | |
| J.C. PENNEY CORPORATION, INC., | |
| Defendant. | Date: August 19, 2008 |
| | Trial Date: December 8, 2008 |
| | Pre-trial Conf. Date: November 18, 2008 |

Pursuant to the good faith meet and confer between counsel for the parties, it has been agreed and a stipulation reached that the Further Settlement Conference set for August 19, 2008 be vacated and reset to allow the defense additional time to prepare further settlement authority for the conference. In the interim of the reset Further Settlement Conference, the parties will continue to negotiate informally on their own.

The parties have advised Chief Justice Magistrate James Larson's clerk, Wing Hom of the requested continuance. The parties have been advised that Chief Magistrate Judge Judge Larson is unavailable through the end of September, and the new settlement conference date will be set after September 30, 2008. Defense counsel will contact Deputy Clerk Venice E. Thomas upon her return on Monday, August 18, to obtain a mutually available date for the conference.

SO STIPULATED and respectfully submitted,

Dated: August 15, 2008

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
Lisa A. Villasenor
Attorneys for Defendant,
J.C. PENNEY CORPORATION, INC.

Dated: August 15, 2008

LAW OFFICES OF
MAUREEN E. MCFADDEN

By: _____
Maureen McFadden
Attorneys for Plaintiffs,
LOUELLA BOREN and LEROY BOREN

## ORDER

**IT IS HEREBY ORDERED,**

1. That the Further Settlement Conference of August 19, 2008 is vacated:

2. That the date of the Further Settlement Conference is reset for

_____ ___, 2008

Dated: _____ ___, 2008        By: _____
                                       Chief Magistrate Judge James Larson

# CERTIFICATION OF SERVICE

*LOUELLA BOREN AND LEROY BOREN v. J.C. PENNEY CORPORATION, INC.*
United States District Court - Northern District Case No.: (C 07-03532 EDL)

      I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

      On the date indicated below, I served the document described as **STIPULATION OF THE PARTIES TO VACATE AND RESET FURTHER SETTLEMENT CONFERENCE AND [Proposed] ORDER THEREON** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Maureen E. McFadden, Esq.<br>Law Offices of Maureen E. McFadden<br>819 Bancroft Way<br>Berkeley, CA 94710<br>*Phone: (510) 845-5203*<br>*Fax:    (510) 868-0976* | **Attorney for Plaintiffs**<br>**LOUELLA BOREN and LEROY BOREN** |

[X] **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

      I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

      I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

[ ] **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number:

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 15, 2008 at San Francisco, California.

_____
Carlos Rios