1  Lisa A. Villasenor, Esq.
   State Bar Number: 133984
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
3  One California Street, Suite 1100
   San Francisco, CA 94111
4  Telephone:    (415) 217-6990
   Facsimile:    (415) 217-6999
5  lav@mmker.com

6  Attorneys for Defendant,
   J.C. PENNEY CORPORATION, INC.

7

   Maureen E. McFadden, Esq.
8  State Bar Number: 203781
   **LAW OFFICES OF MAUREEN E. MCFADDEN**
9  819 Bancroft Way
   Berkeley, CA 94710
10 Telephone:    (510) 845-5203
   Facsimile:    (510) 868-0976
11 maureen@mcfaddenlaw.net

12 Attorneys for Plaintiffs,
   LOUELLA BOREN and LEROY BOREN

13

14                      UNITED STATED DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16

17 | LOUELLA BOREN and LEROY BOREN, | ) | Case No.: C 07-03532 EDL |
   |---|---|---|
18 | Plaintiffs, | ) | **STIPULATION OF THE PARTIES** |
   | | ) | **TO VACATE AND RESCHEDULE** |
19 | vs. | ) | **CONTINUED SETTLEMENT** |
   | | ) | **CONFERENCE AND [Proposed]** |
20 | J.C. PENNEY CORPORATION, INC., | ) | **ORDER THEREON** |
   | | ) | |
21 | Defendant. | ) | Date: August 19, 2008 |
   | | ) | |
22 | | ) | Trial Date: December 8, 2008 |
   | | ) | Pre-trial Conf. Date: November 18, 2008 |

23      Pursuant to the good faith meet and confer between counsel for the parties, it has been
24 agreed and a stipulation reached that the Further Settlement Conference set for August 19, 2008 be
25 vacated and reset to allow the defense additional time to prepare further settlement authority for the
26 conference. In the interim of the reset Further Settlement Conference, the parties will continue to
27 negotiate informally on their own.
28

-1-

     The parties have advised Chief Justice Magistrate James Larson's clerk, Wing Hom of the requested continuance. The parties have been advised that Chief Magistrate Judge Judge Larson is unavailable through the end of September, and the new settlement conference date will be set after September 30, 2008. Defense counsel will contact Deputy Clerk Venice E. Thomas upon her return on Monday, August 18, to obtain a mutually available date for the conference.

     SO STIPULATED and respectfully submitted,

Dated: August 15, 2008

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
Lisa A. Villasenor
Attorneys for Defendant,
J.C. PENNEY CORPORATION, INC.

Dated: August 15, 2008

LAW OFFICES OF
MAUREEN E. MCFADDEN

By: _____
Maureen McFadden
Attorneys for Plaintiffs,
LOUELLA BOREN and LEROY BOREN

## ORDER

**IT IS HEREBY ORDERED,**

1. That the Further Settlement Conference of August 19, 2008 is vacated:

2. That the date of the Further Settlement Conference is reset for __October__ __20__, 2008 at 2:00 p.m.

Dated: __August 21__, 2008

By: _____
Chief Magistrate Judge James Larson