Maureen E. McFadden, Esq.
State Bar No. 203781
Law Offices of Maureen E. McFadden
819 Bancroft Way
Berkeley, CA 94710
Phone: (510) 845-5203
Fax:    (510) 868-0976

Attorneys for Plaintiffs
LOUELLA BOREN and LEROY BOREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUELLA BOREN and LEROY BOREN,<br><br>          Plaintiffs,<br><br>vs.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>          Defendant. | Case No.: C 07-03532 EDL<br><br>NOTICE OF SETTLEMENT AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE<br><br>**Magistrate Judge:**<br>**Elizabeth D. Laporte** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties in the above-entitled action have a settlement resolving all the causes of action against J.C. Penney Corporation, Inc. The parties are in the process of preparing and executing a Settlement Agreement and Release reciting the terms of the settlement. Defendant will tender the agreed upon settlement funds upon the execution of the Settlement Agreement.

Plaintiffs respectfully request that future dates in this action be vacated from the Court's calendar, and that this Court dismiss the entire action with prejudice.

Dated: 11-7-08

Respectfully submitted.

By: _____
Maureen E. McFadden, Esq.
Attorneys for Plaintiffs
LOUELLA BOREN and LEROY BOREN

**IT IS SO ORDERED.**

Dated: November 25, 2008



IT IS SO ORDERED
Judge Elizabeth D. Laporte

NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER TO DISMISS

THE ENTIRE ACTION WITH PREJUDICE- 2